UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 2:08-cr-13

v.                                     HON. ROBERT HOLMES BELL

TINA MARIE EICHHORN,

       Defendant.

_____/


**<u>ORDER OF DETENTION</u>**


      Defendant appeared before the undersigned on April 15,  2014, on a Petition for

Warrant or Summons for Offender Under Supervision (docket #26), alleging violations of the

defendant's terms of supervised release.  At that initial appearance, the defendant waived her right to

a preliminary hearing, her right to appear before a district judge, and her right to allocution and

sentencing before a district judge.  Defendant requested that a revocation hearing be set and that

defense counsel be given time to prepare.  Accordingly, IT IS HEREBY ORDERED that the

defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.


Date:  April 16, 2014                         _/s/ Timothy P. Greeley_____
                                           TIMOTHY P. GREELEY
                                           United States Magistrate Judge